V I R G I N I A :

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:  JOHN EDWARD OFFNER | ) |
| | ) |
| and | ) |
| | ) |
| LEANNE NICOLE OFFNER | ) |
| | ) |
| Debtors, | ) |
| | ) CASE NO. 09-19044-SSM |
| 10126 Crashing Thunder Place | ) |
| Nokesville, Virginia 20181 | ) |
| | ) |

**NOTICE**

PLEASE TAKE NOTICE that on **Tuesday, December 6, 2011, at 10:00 a.m.**, or as soon thereafter as counsel may be heard before the Honorable Judge Brian F. Kenney, JOHN EDWARD OFFNER and LEANNE NICOLE OFFNER, ("Debtors"), through counsel, Stephen M. Farmer, Esquire will move this Honorable Court for the relief prayed for in the attached Motion to Reopen Bankruptcy Petition.

Dated:  October 18, 2011


                /s/ Stephen M. Farmer
                By:  Stephen M. Farmer, Esquire

Stephen M. Farmer, Esq.
Stephen M. Farmer, P.C.
206 Commerce Street
P.O. Box 243
Occoquan, Virginia 22125
Telephone:   (703) 497-1774
Facsimile:     (703) 497-4797
Co-Counsel for Debtors
VSB No.:  23004

George E. Marzloff, J.D., LL.M.
The Marzloff Law Firm, P.C.
385 Garrisonville Road
Suite 110-A
Stafford, VA  22554
Telephone:   (540) 659-3131
Facsimile:    (540) 659-7724
Co-Counsel for Debtors
VSB No.:  18094

## Certificate of Service

I hereby certify that on the 18th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I will fax and mail the document by U.S. mail to the following:

Kevin R. McCarthy
*Trustee*
1751 Pinnacle Drive
Suite 1115
McLean, Virginia 22102

Office of The United States Trustee
115 S. Union Street, Room 210, ROOM 210
Alexandria, Virginia 22314

Cesario's Inc.
c/o Rebecca L. Dannenberg, Esquire
2325 Dulles Corner Boulevard
Suite 1150
Herndon, Virginia 20171

Cincinnati Insurance Company as subrogee of Cesario's, Inc.
c/o Rebecca L. Dannenberg, Esquire
2325 Dulles Corner Boulevard
Suite 1150
Herndon, Virginia 20171

Dated:  October 18, 2011

/s/ Stephen M. Farmer
By:  Stephen M. Farmer, Esquire